IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA A. DOWNS,

    Plaintiff,

  v.

CITY OF LA CROSSE,

    Defendant.

Case No.  19-cv-1054-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 5/18/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |