# In the United States District Court
# For the Western District of Wisconsin

PATRICIA A. DOWNS

PLAINTIFF

CASE NO. 19CV-1054-wmc

V

CITY OF LA CROSSE

DEFENDANT

## NOTICE OF APPEAL

*Patricia A. Downs*

PATRICIA A. DOWNS						JUNE 6, 2021

THIS IS THE CORRECT COURT TO FILE MY CASE.  I MAY BE LACKING SOME INFORMATION AS FAR AS EXACT NAMES BUT, THE FACTS SUPPORT THE LOCATION OF MY COMPLAINT IN THE AMERICAN COURT SYSTEM.

IN February OF 2020 I RECEIVED AN OFFICIAL DOCUMENT FROM THIS COURT SAYING IT WOULD BE INVESTIGATING THE ALLEGATIONS IN THE COMPLAINT HOWEVER, I HAVE NEVER BEEN CONTACTED BY THE COURT LISTING ANY QUESTIONS OR ANSWERERS CONCERNING NAMING THE 'PLAYERS' OR PROVIDING MORE INFORMATION REGARDING MY STATEMENTS.

I THINK THE COURT IS IN GREAT ERROR DISMISSING MY CASE AND SHOULD HAVE REQUESTED MORE INFORMATIONN AND  DOCUMENTATION SUPPORTING MY CLAIM.

*Patricia A. Downs*

1313 Avon St
LAX WD
54603

CERTIFIED MAIL

7021 0350 0000 9142 4079

RETURN RECEIPT REQUESTED

Clerk of Court
Western District of Wisconsin
120 North Henry   Room 320
Madison, WD
53703


